Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 966-1000
Facsimile:  (714) 966-1002
Email:  jgolden@lwgfllp.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>DOYLE FAMILY LLC<br><br><br><br>Debtor(s) | Case No. 8:10-BK-10967-ES |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Jeffrey I. Golden, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court, 411 W. Fourth Street, Suite 2030, Santa Ana, CA  92701

A hearing on the Trustee's Final Report and Applications for Compensation will be held at **10:30 am** on **November 10, 2016** in Courtroom 5A, U.S. Bankruptcy Court, located at 411 W. Fourth Street, Santa Ana, CA  92701. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date:  09/28/2016    By:  /s/ Jeffrey I. Golden
                                    Trustee

Jeffrey I. Golden
P.O. Box 2470
Costa Mesa, CA, 92628-2470

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| In re: | § | Case No. 8:10-BK-10967-ES |
|---|---|---|
| DOYLE FAMILY LLC | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $808,140.96
*and approved disbursements of*      $739,111.07
*leaving a balance on hand of[1]:*      $69,029.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | ORANGE COUNTY TREASURER-TAX COLLECTOR | $70,624.00 | $70,624.00 | $7,071.53 | $0.00 |
| 6 | BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR | $1,527,824.19 | $1,527,824.19 | $0.00 | $0.00 |
| 7 | RIVERSIDE COUNTY TAX COLLECTOR | $2,662.60 | $2,662.60 | $0.00 | $0.00 |
| 9 | MARSHALL CUMBINER | $569,539.24 | $569,539.24 | $0.00 | $0.00 |
| 10 | FOSTER RANCH ESTATES COMMUNITY ASSOCIATION | $71,507.34 | $71,507.34 | $15,000.00 | $0.00 |
| 11 | BANK OF THE WEST | $176,295.42 | $176,295.42 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 15 | JP MORGAN CHASE BANK, N.A. | $250,689.80 | $250,689.80 | $0.00 | $0.00 |
| 18 | RIVERSIDE COUNTY TAX COLLECTOR | $5,094.76 | $5,094.76 | $0.00 | $0.00 |
| 19 | RIVERSIDE COUNTY TAX COLLECTOR | $5,094.76 | $5,094.76 | $0.00 | $0.00 |
| 20 | STAN EVENSON AND TRICIA EVENSON | $255,858.00 | $255,858.00 | $0.00 | $0.00 |
| 21 | PAUL STUMP | $127,930.00 | $127,930.00 | $0.00 | $0.00 |
| 22 | TAMARA KETA HODGSON | $31,982.00 | $31,982.00 | $0.00 | $0.00 |
| 23 | ANN LEWIS | $25,586.00 | $25,586.00 | $0.00 | $0.00 |
| 24 | CYNTHIA ST CLAIR | $19,190.00 | $19,190.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:        $0.00
Remaining balance:        $69,029.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| JEFFREY I. GOLDEN, TRUSTEE, Trustee Fees | $43,657.05 | $0.00 | $8,677.86 |
| JEFFREY I. GOLDEN, TRUSTEE, Trustee Expenses | $224.99 | $0.00 | $224.99 |
| DANNING GILL DIAMOND & KOLLITZ, Attorney for Trustee Fees | $196,124.50 | $0.00 | $38,984.33 |
| DANNING GILL DIAMOND & KOLLITZ, Attorney for Trustee Expenses | $8,260.18 | $0.00 | $8,260.18 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee Fees | $2,579.50 | $0.00 | $512.74 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee Expenses | $421.70 | $0.00 | $421.70 |
| US BANKRUPTCY COURT, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |
| UNITED STATES TRUSTEE, U.S. Trustee Quarterly Fees; Claim No. 2 | $650.00 | $0.00 | $156.02 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| UNITED STATES TRUSTEE, U.S. Trustee Quarterly Fees; Claim No. 16 | $325.00 | $0.00 | $78.01 |
| FRANCHISE TAX BOARD, Administrative Tax; Claim No. 26-4 | $6,099.36 | $0.00 | $1,464.06 |

Total to be paid for chapter 7 administrative expenses:    $59,029.89
Remaining balance:    $10,000.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $10,000.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,585.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 13 | FRANCHISE TAX BOARD | $2,585.68 | $0.00 | $2,585.68 |

Total to be paid to priority claims:    $2,585.68
Remaining balance:    $7,414.32

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $126,703.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.85 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 10A | FOSTER RANCH ESTATES COMMUNITY ASSOCIATION | $126,575.00 | $0.00 | $7,406.80 |
| 13A | FRANCHISE TAX BOARD | $128.54 | $0.00 | $7.52 |
| 17 | TOM KERL | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to timely general unsecured claims: | $7,414.32 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $126,575.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 25 | FOSTER RANCH ESTATES COMMUNITY ASSOCIATION | $126,575.00 | $0.00 | $0.00 |

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Prepared By: /s/ Jeffrey I. Golden
Trustee

Jeffrey I. Golden
P.O. Box 2470
Costa Mesa, CA, 92628-2470

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**